IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


CAPREACE E. SMITH, next of kin            )
of BYRON L. SMITH, deceased               )
                                          )
v.                                        ) NO.  3:08-0465
                                          ) JUDGE CAMPBELL
METROPOLITAN GOVERNMENT                    )
OF NASHVILLE/DAVIDSON                      )
COUNTY, et al.                             )


ORDER

        Pending before the Court are a Motion for Summary Judgment filed by Defendants Hines
and Collen (Docket No. 34), a Motion for Summary Judgment filed by Defendant Correct Care
Solutions, LLC (Docket No. 37) and a Motion for Summary Judgment filed by Defendant
Metropolitan Government of Nashville/Davidson County, Tennessee (Docket No. 43).

        Plaintiff has conceded that the Motion for Summary Judgment filed by Defendant Correct
Care Solutions, LLC (Docket No. 37), and the Motion for Summary Judgment filed by Defendant
Metropolitan Government of Nashville/Davidson County, Tennessee (Docket No. 43) should be
granted.  *See* Docket No. 48.  Accordingly, those Motions are GRANTED, and all claims against
Correct Care Solutions, LLC and the Metropolitan Government of Nashville/Davidson County are
DISMISSED.

        In addition, Plaintiff has conceded that Defendants Hines and Collen's Motion should be
granted with respect to her state law claims against them. *See* Docket No. 48. Accordingly,
Defendants Hines and Collen's Motion for Summary Judgment as to Plaintiff's state law claims is
GRANTED, and those claims are DISMISSED.

For the reasons stated in the accompanying Memorandum, the Motion for Summary Judgment of Defendants Hines and Collen with regard to Plaintiff's federal claims is DENIED.

This action remains set for trial on February 16, 2010.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE