IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPREACE E. SMITH, next of kin of BYRON L. SMITH, deceased | ) ) |
| v. | ) NO. 3:08-0465 ) JUDGE CAMPBELL ) |
| TAMMY HINES and KEVIN COLLEN | ) |

ORDER

Because of the investiture of Jerry E. Martin as United States Attorney for the Middle District of Tennessee on July 8, 2010, at 3:30 p.m. in the U.S. Courthouse, the Court will adjourn the trial of this action early on that day.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE