IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| CAPREACE E. SMITH, next of kin of<br>BYRON L. SMITH, deceased<br><br>VS.<br><br>TAMMY HINES, M.S. and<br>KEVIN COLLEN, M.D. | )<br>)<br>)<br>) CASE #3:08-0465<br>) JUDGE TODD CAMPBELL<br>)<br>) |

- **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

○ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury returned a verdict in favor of the Defendants, Tammy Hines and Kevin Collen. The complaint of the plaintiff is hereby DISMISSED.

Thereupon the jury was polled and each juror affirmed the verdict as being his or her individual verdict.

KEITH THROCKMORTON, CLERK

JULY 7, 2010

*Doris E. Bush*
BY: DORIS E. BUSH
DEPUTY CLERK